**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware _____
                                           (State)

Case number (*If known*): _____  Chapter __7__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1. Debtor's name** | BorrowersFirst, Inc. | |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number** (EIN) | 4 6 – 3 0 4 5 3 1 7 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 200 Crescent Court <br> Number     Street <br><br> Suite 240 <br><br> Dallas     TX     75201 <br> City     State     ZIP Code <br><br> Dallas <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number     Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City     State     ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number     Street <br><br> _____ <br><br> _____ <br> City     State     ZIP Code |
| **5. Debtor's website** (URL) | _____ | |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  __BorrowersFirst, Inc._____     Case number (*if known*)_____
      Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

    ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ❑ Railroad (as defined in 11 U.S.C. § 101(44))
    ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

B. *Check all that apply:*

    ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    5  2  2  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
❑ Chapter 9
❑ Chapter 11. *Check all that apply*:

    ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❑ A plan is being filed with this petition.

    ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
❑ Yes.  District _____  When _____  Case number _____
                                                   MM / DD / YYYY
          District _____  When _____  Case number _____
                                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
❑ Yes.  Debtor _____  Relationship _____
          District _____  When _____
                                                                    MM / DD / YYYY
          Case number, if known _____

Debtor    BorrowersFirst, Inc._____     Case number (*if known*)_____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                      Number         Street

    _____
    _____ _____ _____
    City                                 State      ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
          Contact name     _____
          Phone                _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49            ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000             ☒ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor  BorrowersFirst, Inc.
        Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/10/2018
             MM / DD / YYYY

X _/s/ John Bittner_____          John Bittner
Signature of authorized representative of debtor   Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

X _/s/ Kaitlin M. Edelman_____         Date  08/10/2018
Signature of attorney for debtor                         MM / DD / YYYY

Kaitlin M. Edelman
Printed name

DLA Piper LLP (US)
Firm name

1201 North Market Street, Suite 2100
Number    Street

Wilmington                              DE       19801
City                                    State    ZIP Code

(302) 468-5700                          kaitlin.edelman@dlapiper.com
Contact phone                           Email address

5924                                    DE
Bar number                              State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                                                                                             :
In re:                                                            : Chapter 7
                                                                                    :
           BORROWERSFIRST, INC.,           : Case No. 18-_____ (___)
                                                                                    :
                                      Debtor.                               :
---------------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, BorrowersFirst, Inc. hereby certifies that SF Capital Investments, LP and Silicon Valley Community Foundation each directly or indirectly owns more than 10% of the equity interests of BorrowersFirst, Inc.

Fill in this information to identify the case and this filing:

Debtor Name __BorrowersFirst, Inc._____

United States Bankruptcy Court for the: _____ __District of Delaware__
(State)

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

- ☒ Schedule H: Codebtors (Official Form 206H)

- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

- ☐ Amended Schedule _____

- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8/10/2018_____
MM / DD / YYYY

X _/s/ John Bittner_____
Signature of individual signing on behalf of debtor

John Bittner_____
Printed name

Chief Restructuring Officer_____
Position or relationship to debtor

EAST\158302373.1

## ACTION BY WRITTEN CONSENT OF
## THE SOLE DIRECTOR OF
## BORROWERSFIRST, INC.

### August 10, 2018

The undersigned, being the sole director (the "Sole Director") of BorrowersFirst, Inc., a Delaware corporation (the "Company"), in accordance with the Delaware General Corporation Law, hereby adopts the following resolutions and consents to the actions contemplated herein effective as of the date first above written, and confirms that such resolutions have not been modified, rescinded, or revoked and are present in full force and effect:

**WHEREAS**, the Sole Director, with and upon the advice of the Company's advisors and professionals that he has deemed necessary or appropriate to consult in order to reach a fully informed conclusion, has carefully considered and evaluated the financial and operational aspects of the Company's business including the Company's business prospects and the current and long-term liabilities of the Company,; and

**WHEREAS**, the Sole Director has determined, in his judgment, that it is advisable and in the best interest of the Company, its creditors, and other interested parties, that a voluntary petition (the "Voluntary Petition") be filed by the Company under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, IT IS**

**RESOLVED**, that the Company shall be, and hereby is, authorized to file a Voluntary Petition in the United States Bankruptcy Court for the District of Delaware commencing a case under chapter 7 of the Bankruptcy Code; and it is

**FURTHER RESOLVED** that the law firm of DLA Piper LLP (US) ("DLA Piper") is retained as legal counsel for the Company in connection with the commencement of the Company's chapter 7 case and to attend the meeting of creditors under section 341 of the Bankruptcy Code with a representative of the Company, pursuant to the terms and conditions set forth in all written agreements between the Company and DLA Piper; and it is

**FURTHER RESOLVED** that John Bittner from Mackinac Partners is appointed chief restructuring officer (the "Chief Restructuring Officer") of the Company; and it is

**FURTHER RESOLVED** that the Chief Restructuring Officer and the Sole Director (together, the "Authorized Persons"), acting alone or together, are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the officers shall approve, to provide services to the Company as may be requested by the officers of the Company in connection with the chapter 7 case and with respect to other related matters; and it is

1

**FURTHER RESOLVED** that the Authorized Persons are hereby instructed, authorized, and empowered to execute and file on behalf of the Company all petitions, schedules, lists, instruments, certificates, affidavits and other papers and documents, and to take any and all action that the Authorized Persons deem necessary or proper to obtain relief under or in connection with such chapter 7 filing, to retain and employ all assistance by legal counsel or otherwise which they may deem necessary and proper in connection with a chapter 7 case, and take any other action as in their judgment shall be necessary, appropriate, advisable, or convenient to effectuate the purpose and intent of the foregoing resolutions, the authority for taking such actions to be conclusively evidenced thereby; and it is

**FURTHER RESOLVED** that the Chief Restructuring Officer, as the Company's representative, will attend the 341 meeting conducted by the United States Trustee and the interim trustee appointed in the case and is authorized to immediately reimburse himself for any expenses incurred or to be incurred related to the attendance of the 341 meeting, in an amount not to exceed $2,000; and it is

**FURTHER RESOLVED** that any actions taken by the Authorized Persons of the Company prior to the adoption of these resolutions that are within the scope of the foregoing resolutions hereby are ratified, confirmed, and approved in all respects as the actions of the Company.

**IN WITNESS WHEREOF**, the undersigned, being the Sole Director of the Company, hereby consents to, approves and adopts the foregoing resolutions as of the date first above written.

_____
Neil Wolfson