**Fill in this information to identify the case:**

Debtor name ___BorrowersFirst, Inc._____

United States Bankruptcy Court for the: ___District of Delaware_____

Case number (If known): ___18-11851_____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets " Real and Personal Property     **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Silicon Valley Bank | Checking | 4 0 4 3 | $ 246,518.05 |
| 3.2. | Silicon Valley Bank | Checking | 9 1 2 3 | $ 9,103.39 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ _____ |
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**     $ 264,737.60

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | _____ | $ _____ |
| 7.2. | _____ | $ _____ |

Debtor  BorrowersFirst, Inc.
_____
Name

Case number (*if known*) __18-11851_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $_____

8.2. _____  $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $ 0.00 _____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........ ➔   $_____
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ = ........ ➔   $_____
                        face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 0.00 _____

## Part 4:   Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                               % of ownership:

15.1. BFI Funding Trust _____  100.00 %  _____  $ 5,649,472.37

15.2. BFI Funding Trust II _____  100.00 %  _____  $ 662,099.96

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $_____

16.2. _____  _____  $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $ 9,924,025.37 _____

---

Debtor    BorrowersFirst, Inc.
          Name

Case number *(if known)*    18-11851

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ____ / ____ / ____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ____ / ____ / ____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ____ / ____ / ____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ____ / ____ / ____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | BorrowersFirst, Inc. | Case number *(if known)* | 18-11851 |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** <br> Owned -- See Attached Schedule | $ $11,118.94 | Net Book Value | $ Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Owned--Computer Equipment--See Attached Schedule | $ $146,735.12 | Net Book Value | $ Unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ Unknown

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | BorrowersFirst, Inc. | Case number (if known) | 18-11851 |
|---|---|---|---|
| | Name | | |

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☑ No. Go to Part 9.

  ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

  Add lines 47 through 50. Copy the total to line 87.

  $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

  ☑ No

  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

| Debtor | BorrowersFirst, Inc. | Case number (if known) | 18-11851 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 9050 N. Capital of Texas Highway | Sublease | $ 0.00 | | $ 0.00 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | $ 0.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Tradename - BorrowersFirst | $ 0.00 | Net Book Value | $ Unknown |
| **61. Internet domain names and websites**<br>www.borrowersfirst.com | $ 0.00 | Net Book Value | $ 0.00 |
| **62. Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations**<br>Borrower list | $ 0.00 | Net Book Value | $ 0.00 |
| **64. Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| **65. Goodwill** | $ _____ | _____ | $ _____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $ Unknown |

| Debtor | BorrowersFirst, Inc. | Case number (if known) | 18-11851 |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = ➔ $_____
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Tax refunds & NOLs | Tax year 2015 | $ Unknown |
| Tax refunds & NOLs | Tax year 2016 | $ Unknown |
| Tax refunds & NOLs | Tax year 2017 | $ Unknown |

73. **Interests in insurance policies or annuities**

Chubb Group of Companies        $ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

$_____

Nature of claim     _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$_____

Nature of claim     _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$_____
$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor    BorrowersFirst, Inc.
          Name                                                    Case number (if known)    18-11851

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 264,737.60 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 9,924,025.37 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ Unknown | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ...........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ Unknown | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................ 91a. | $ 10,188,562.97 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................................    $ 10,188,562.97

BORROWERSFIRST, INC.
DETAIL OF OFFICE FIXTURES
AS OF JULY 31, 2018

| Asset Description | Place in Service Date | Cost Basis | Depreciation Method | Original Life Years | LTD 7/31/18 | NBV @ 7/31/18 |
|---|---|---|---|---|---|---|
| AC Unit | 8/1/2015 | $ 7,177.96 | Straight-Line Orig Life | 7 | 3,759.83 | 3,418.13 |
| G40 Suite Refridgerator | 12/4/2015 | 1,023.99 | Straight-Line Orig Life | 7 | 487.60 | 536.39 |
| FOB Security Access System | 2/19/2016 | 9,863.72 | Straight-Line Orig Life | 7 | 4,462.29 | 5,401.43 |
| Call Center Lockers | 4/26/2016 | 3,085.26 | Straight-Line Orig Life | 7 | 1,322.27 | 1,762.99 |
| | | $ 21,150.93 | | | $ 10,031.99 | $ 11,118.94 |

BORROWERSFIRST, INC.
DETAIL OF COMPUTER EQUIPMENT
AS OF JULY 31, 2018

| Asset Description | Place in Service Date | Cost Basis | Depreciation Method | Original Life Years | LTD 7/31/18 | NBV @ 7/31/18 |
|---|---|---|---|---|---|---|
| Dell PowerEdge T620 | 9/2/2014 | $ 7,298.18 | Straight-Line Orig Life | 5 | $ 6,690.11 | $ 608.07 |
| DotHill 3360 SAN | 9/2/2014 | 20,432.60 | Straight-Line Orig Life | 5 | 18,729.79 | 1,702.81 |
| HP EliteBook Folio 9470m | 10/23/2013 | 1,203.74 | Straight-Line Orig Life | 5 | 1,203.74 | - |
| Dell Power Edge T620 | 8/23/2013 | 5,454.11 | Straight-Line Orig Life | 5 | 5,454.11 | - |
| HP EliteBook Folio 9470m | 10/23/2013 | 1,203.74 | Straight-Line Orig Life | 5 | 1,203.74 | - |
| HP EliteBook Folio 9470m | 10/23/2013 | 1,203.74 | Straight-Line Orig Life | 5 | 1,203.74 | - |
| HP EliteBook Folio 9470m | 10/23/2013 | 1,203.74 | Straight-Line Orig Life | 5 | 1,203.74 | - |
| HP EliteBook Folio 9470m | 10/23/2013 | 1,203.74 | Straight-Line Orig Life | 5 | 1,203.74 | - |
| ThinkPad T440 & Dock | 9/1/2014 | 2,007.99 | Straight-Line Orig Life | 5 | 1,840.76 | 167.23 |
| ThinkPad T440 & Dock | 9/7/2014 | 2,007.98 | Straight-Line Orig Life | 5 | 1,840.76 | 167.22 |
| MacBook Pro & Dock | 10/3/2014 | 1,545.73 | Straight-Line Orig Life | 5 | 1,391.11 | 154.62 |
| Meraki MX60W Security Appliance | 8/23/2013 | 2,034.43 | Straight-Line Orig Life | 5 | 2,034.43 | - |
| Meraki MR18 Wireless Access Point | 10/1/2014 | 1,027.29 | Straight-Line Orig Life | 5 | 924.52 | 102.77 |
| Meraki MS42P PoE Ethernet Switch | 9/2/2014 | 5,045.00 | Straight-Line Orig Life | 5 | 4,624.49 | 420.51 |
| APC Smart-UPS RT 3000 RM XL & Rack | 9/2/2014 | 2,886.69 | Straight-Line Orig Life | 5 | 2,646.10 | 240.59 |
| HP EliteBook Folio 9470m | 10/23/2013 | 1,203.74 | Straight-Line Orig Life | 5 | 1,223.76 | - |
| ThinkPad Edge 230U | 8/20/2013 | 1,020.24 | Straight-Line Orig Life | 5 | 1,020.24 | - |
| Dell OptiPlex 7010 - MT | 11/15/2014 | 1,562.56 | Straight-Line Orig Life | 5 | 1,380.19 | 182.37 |
| Lenovo X1 Carbon | 11/8/2014 | 1,400.00 | Straight-Line Orig Life | 5 | 1,236.58 | 163.42 |
| MacBook Air 13 Inch | 11/1/2014 | 1,455.96 | Straight-Line Orig Life | 5 | 1,286.20 | 169.76 |
| MacBook Air 13 Inch | 11/20/2014 | 1,455.95 | Straight-Line Orig Life | 5 | 1,286.20 | 169.75 |
| MacBook Air 13 Inch | 11/5/2014 | 1,453.91 | Straight-Line Orig Life | 5 | 1,284.23 | 169.68 |
| MacBook Air 13 Inch | 11/5/2014 | 1,453.90 | Straight-Line Orig Life | 5 | 1,284.23 | 169.67 |
| MacBook Air 13 Inch w/docking | 3/4/2015 | 1,713.71 | Straight-Line Orig Life | 5 | 1,399.48 | 314.23 |
| Lenovo Thinkpad T540p w/docking station | 1/11/2015 | 1,181.27 | Straight-Line Orig Life | 5 | 1,004.13 | 177.14 |
| Meraki MX100 Cloud Security Appliance | 1/21/2015 | 7,524.44 | Straight-Line Orig Life | 5 | 6,395.85 | 1,128.59 |
| Meraki  MS220-24P cloud managed switch | 1/21/2015 | 3,821.21 | Straight-Line Orig Life | 5 | 3,248.11 | 573.10 |
| Lenovo Thinkpad T540p w/docking station | 1/19/2015 | 1,289.55 | Straight-Line Orig Life | 5 | 1,096.05 | 193.50 |
| Lenovo Thinkpad T540p w/docking station | 1/9/2015 | 1,289.55 | Straight-Line Orig Life | 5 | 1,096.05 | 193.50 |
| Dell Latitude E7240 | 2/23/2015 | 2,244.54 | Straight-Line Orig Life | 5 | 1,870.48 | 374.06 |
| Dell Latitude E6440 | 4/1/2015 | 1,699.96 | Straight-Line Orig Life | 5 | 1,359.89 | 340.07 |
| MacBook Pro SN C02PLEL9FVH5 | 5/26/2015 | 1,499.00 | Straight-Line Orig Life | 5 | 1,174.13 | 324.87 |
| Latitude E7450 Ultrabook | 5/29/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,331.58 | 368.41 |
| Latitude E7450 Ultrabook | 5/29/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,331.58 | 368.41 |
| Latitude E7450 Ultrabook | 6/8/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,303.24 | 396.75 |
| Latitude E7450 Ultrabook | 6/8/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,303.24 | 396.75 |
| Dell Latitude E7450 Ultrabook | 6/8/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,303.24 | 396.75 |
| Dell Latitude E7450 Ultrabook | 6/8/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,303.24 | 396.75 |
| Dell Latitude E7450 Ultrabook | 6/8/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,303.24 | 396.75 |
| Dell Latitude E7450 Ultrabook | 6/8/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,303.24 | 396.75 |
| Dell Latitude E7450 Ultrabook | 6/8/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,303.24 | 396.75 |
| Dell Latitude E7450 Ultrabook | 6/8/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,303.24 | 396.75 |
| Meraki cloudmanaged 48 port switch | 6/8/2015 | 4,035.00 | Straight-Line Orig Life | 5 | 3,093.50 | 941.50 |
| lattitude e7450 | 6/8/2015 | 1,699.99 | Straight-Line Orig Life | 5 | 1,303.24 | 396.75 |
| Backup battery | 7/17/2015 | 1,368.98 | Straight-Line Orig Life | 5 | 1,026.84 | 342.14 |
| Network Hardware | 7/28/2015 | 2,242.52 | Straight-Line Orig Life | 5 | 1,682.01 | 560.51 |
| Hollands Macbook | 8/5/2015 | 2,541.71 | Straight-Line Orig Life | 5 | 1,863.87 | 677.84 |
| Latitude E7450 | 8/7/2015 | 1,138.30 | Straight-Line Orig Life | 5 | 834.71 | 303.59 |
| Latitude E7450 | 8/7/2015 | 1,138.30 | Straight-Line Orig Life | 5 | 834.71 | 303.59 |
| Latitude E7450 | 8/7/2015 | 1,138.30 | Straight-Line Orig Life | 5 | 834.71 | 303.59 |
| Latitude E7450 | 8/7/2015 | 1,138.30 | Straight-Line Orig Life | 5 | 834.71 | 303.59 |
| Latitude E7450 | 8/7/2015 | 1,138.30 | Straight-Line Orig Life | 5 | 834.71 | 303.59 |
| Meraki | 8/7/2015 | 1,239.37 | Straight-Line Orig Life | 5 | 908.97 | 330.40 |
| Lenovo ThinkPad | 8/11/2015 | 1,750.87 | Straight-Line Orig Life | 5 | 1,283.94 | 466.93 |
| Meraki Cloud Managed Port Switch | 8/13/2015 | 4,460.66 | Straight-Line Orig Life | 5 | 3,271.03 | 1,189.63 |
| Meraki Cloud Managed Port Switch | 8/13/2015 | 4,460.66 | Straight-Line Orig Life | 5 | 3,271.03 | 1,189.63 |
| SPF+10GIGE 3.3V 850NM LC MOD | 8/13/2015 | 1,754.00 | Straight-Line Orig Life | 5 | 1,286.18 | 467.82 |
| Freedman - Macbook | 8/18/2015 | 2,197.04 | Straight-Line Orig Life | 5 | 1,611.24 | 585.80 |
| Elie's Macbook | 8/21/2015 | 1,966.90 | Straight-Line Orig Life | 5 | 1,442.35 | 524.55 |
| Computer & Equipment | 9/16/2015 | 1,613.07 | Straight-Line Orig Life | 5 | 1,155.91 | 457.16 |
| Computer & Equipment | 9/16/2015 | 1,613.07 | Straight-Line Orig Life | 5 | 1,155.91 | 457.16 |
| Computer & Equipment | 9/16/2015 | 1,613.08 | Straight-Line Orig Life | 5 | 1,155.92 | 457.16 |
| Omri - Macbook | 9/22/2015 | 2,616.40 | Straight-Line Orig Life | 5 | 1,875.18 | 741.22 |
| Dell Latitude E7450 | 10/5/2015 | 1,138.30 | Straight-Line Orig Life | 5 | 796.77 | 341.53 |
| Dell Latitude E7450 | 10/5/2015 | 1,138.30 | Straight-Line Orig Life | 5 | 796.77 | 341.53 |
| Dell Latitude E7450 | 10/5/2015 | 1,138.30 | Straight-Line Orig Life | 5 | 796.77 | 341.53 |
| Dell Latitude E7450 | 10/5/2015 | 1,138.30 | Straight-Line Orig Life | 5 | 796.77 | 341.53 |

BORROWERSFIRST, INC.
DETAIL OF COMPUTER EQUIPMENT
AS OF JULY 31, 2018

| Asset Description | Place in Service Date | Cost Basis | Depreciation Method | Original Life Years | LTD 7/31/18 | NBV @ 7/31/18 |
|---|---|---|---|---|---|---|
| Meraki Hardware | 10/13/2015 | 4,767.93 | Straight-Line Orig Life | 5 | 3,337.68 | 1,430.25 |
| Meraki Cloud Managed Port | 10/13/2015 | 5,703.42 | Straight-Line Orig Life | 5 | 3,992.47 | 1,710.95 |
| 15" MacBook Pro | 10/19/2015 | 2,541.71 | Straight-Line Orig Life | 5 | 1,779.15 | 762.56 |
| '15 Macbook Pro | 10/28/2015 | 2,541.71 | Straight-Line Orig Life | 5 | 1,779.15 | 762.56 |
| Macbook Pro | 10/30/2015 | 2,882.70 | Straight-Line Orig Life | 5 | 2,018.03 | 864.67 |
| Server for Call Center Infastructure | 11/5/2015 | 8,434.25 | Straight-Line Orig Life | 5 | 5,763.38 | 2,670.87 |
| Server Equipment | 11/6/2015 | 7,271.37 | Straight-Line Orig Life | 5 | 4,968.78 | 2,302.59 |
| Intel Drive | 11/17/2015 | 2,179.54 | Straight-Line Orig Life | 5 | 1,489.47 | 690.07 |
| Dell Latitude E7450 Ultrabook | 11/24/2015 | 2,108.18 | Straight-Line Orig Life | 5 | 1,440.69 | 667.49 |
| Dell Latitude E7450 - Ultrabook | 11/24/2015 | 2,108.18 | Straight-Line Orig Life | 5 | 1,440.69 | 667.49 |
| Dell Latitude E7450 Ultrabook | 11/24/2015 | 2,108.18 | Straight-Line Orig Life | 5 | 1,440.69 | 667.49 |
| Dell Latitude E7450 Ultrabook | 11/24/2015 | 2,108.17 | Straight-Line Orig Life | 5 | 1,440.68 | 667.49 |
| Dell Latitude E7450 Ultrabook | 11/24/2015 | 2,108.17 | Straight-Line Orig Life | 5 | 1,440.68 | 667.49 |
| Dell Latitude E6440 | 4/7/2015 | 1,699.96 | Straight-Line Orig Life | 5 | 1,359.89 | 340.07 |
| Dell Latitude E6440 | 4/7/2015 | 1,699.96 | Straight-Line Orig Life | 5 | 1,359.89 | 340.07 |
| Dell Latitude E6440 | 4/7/2015 | 1,699.95 | Straight-Line Orig Life | 5 | 1,359.89 | 340.06 |
| Dell Power Edge R630 Server | 4/30/2015 | 5,455.53 | Straight-Line Orig Life | 5 | 4,364.55 | 1,090.98 |
| Dell Precision Desktop | 5/4/2015 | 2,121.92 | Straight-Line Orig Life | 5 | 1,662.29 | 459.63 |
| Dell Latitude E7450 | 5/21/2015 | 1,699.00 | Straight-Line Orig Life | 5 | 1,330.97 | 368.03 |
| Dell Latitude E7450 | 5/21/2015 | 1,699.00 | Straight-Line Orig Life | 5 | 1,330.97 | 368.03 |
| Dell Latitude E7450 | 5/21/2015 | 1,699.00 | Straight-Line Orig Life | 5 | 1,330.97 | 368.03 |
| Dell Latitude E7450 | 5/21/2015 | 1,699.00 | Straight-Line Orig Life | 5 | 1,330.97 | 368.03 |
| Meraki MR34 Wireless Access Point | 12/7/2015 | 1,546.88 | Straight-Line Orig Life | 5 | 1,031.22 | 515.66 |
| Intel - SSD Solid State Drive | 12/15/2015 | 4,034.26 | Straight-Line Orig Life | 5 | 2,689.57 | 1,344.69 |
| Dell Precision Desktop | 12/28/2015 | 1,712.32 | Straight-Line Orig Life | 5 | 1,141.58 | 570.74 |
| Dell Precision Desktop | 12/28/2015 | 1,712.32 | Straight-Line Orig Life | 5 | 1,141.58 | 570.74 |
| Dell Precision Desktop | 12/28/2015 | 1,712.32 | Straight-Line Orig Life | 5 | 1,141.58 | 570.74 |
| Dell Precision Desktop | 12/28/2015 | 1,712.32 | Straight-Line Orig Life | 5 | 1,141.58 | 570.74 |
| Dell Precision Desktop | 12/28/2015 | 1,712.32 | Straight-Line Orig Life | 5 | 1,141.58 | 570.74 |
| R30 Server - Call Center | 1/22/2016 | 7,276.16 | Straight-Line Orig Life | 5 | 4,729.52 | 2,546.64 |
| R430 Server | 1/22/2016 | 7,276.15 | Straight-Line Orig Life | 5 | 4,729.52 | 2,546.63 |
| Network Switch - Austin | 1/26/2016 | 5,442.25 | Straight-Line Orig Life | 5 | 3,537.35 | 1,904.90 |
| Network Switch - Austin | 1/26/2016 | 5,442.25 | Straight-Line Orig Life | 5 | 3,537.35 | 1,904.90 |
| Macbook Pro - IT | 2/16/2016 | 2,661.44 | Straight-Line Orig Life | 5 | 1,685.65 | 975.79 |
| Macbook Pro - IT | 2/16/2016 | 2,661.44 | Straight-Line Orig Life | 5 | 1,685.65 | 975.79 |
| Macbook Pro - IT | 2/16/2016 | 2,661.44 | Straight-Line Orig Life | 5 | 1,685.65 | 975.79 |
| Macbook Pro - IT | 2/16/2016 | 2,661.44 | Straight-Line Orig Life | 5 | 1,685.65 | 975.79 |
| Macbook Pro - IT | 2/16/2016 | 2,661.44 | Straight-Line Orig Life | 5 | 1,685.65 | 975.79 |
| Macbook Pro - IT | 2/16/2016 | 2,734.40 | Straight-Line Orig Life | 5 | 1,731.70 | 1,002.70 |
| Macbook Pro - IT | 2/16/2016 | 2,734.40 | Straight-Line Orig Life | 5 | 1,731.70 | 1,002.70 |
| Macbook Pro - IT | 1/14/2016 | 2,541.71 | Straight-Line Orig Life | 5 | 1,652.06 | 889.65 |
| CS300 10Gb iSCSI | 4/1/2016 | 80,646.25 | Straight-Line Orig Life | 5 | 48,387.64 | 32,258.61 |
| Fortinet FortiGate Firewall | 4/11/2016 | 5,583.18 | Straight-Line Orig Life | 5 | 3,349.83 | 2,233.35 |
| Server Equipment tower/server/redundant | 10/1/2016 | 24,953.02 | Straight-Line Orig Life | 5 | 12,476.41 | 12,476.61 |
| DELL MOBILE PRECISION 5520 | 2/7/2017 | 2,717.09 | Straight-Line Orig Life | 5 | 1,069.74 | 1,647.35 |
| DELL MOBILE PRECISION 5520 | 2/7/2017 | 2,717.09 | Straight-Line Orig Life | 5 | 1,069.74 | 1,647.35 |
| DELL MOBILE PRECISION 5520 | 2/7/2017 | 2,717.10 | Straight-Line Orig Life | 5 | 1,069.98 | 1,647.12 |
| DELL MOBILE PRECISION 5520 | 2/7/2017 | 2,717.10 | Straight-Line Orig Life | 5 | 1,069.98 | 1,647.12 |
| DELL MOBILE PRECISION 5520 | 2/7/2017 | 2,717.10 | Straight-Line Orig Life | 5 | 1,069.98 | 1,647.12 |
| DELL MOBILE PRECISION 5520 | 2/7/2017 | 2,717.10 | Straight-Line Orig Life | 5 | 1,069.98 | 1,647.12 |
| APPLE MacBook Pro 15" | 4/4/2017 | 3,051.57 | Straight-Line Orig Life | 5 | 858.26 | 2,193.31 |
| Dell PowerEdge R730 Server | 4/25/2017 | 15,060.20 | Straight-Line Orig Life | 5 | 4,235.63 | 10,824.58 |
| DELL MOBILE PRECISION 5520 | 4/19/2017 | 2,858.72 | Straight-Line Orig Life | 5 | 804.09 | 2,054.63 |
| DELL MOBILE PRECISION 5520 | 4/19/2017 | 2,858.72 | Straight-Line Orig Life | 5 | 804.09 | 2,054.63 |
| DELL MOBILE PRECISION 5520 | 4/19/2017 | 2,858.73 | Straight-Line Orig Life | 5 | 804.09 | 2,054.64 |
| APPLE MacBook Pro 15" | 2/24/2017 | 3,051.63 | Straight-Line Orig Life | 5 | 1,201.57 | 1,850.06 |
| APPLE MacBook Pro 15" | 2/24/2017 | 3,051.63 | Straight-Line Orig Life | 5 | 1,201.57 | 1,850.06 |
| APPLE MacBook Pro 15" | 2/24/2017 | 3,051.64 | Straight-Line Orig Life | 5 | 1,201.57 | 1,850.07 |
|  |  | $    445,708.06 |  |  | $ 298,992.96 | $ 146,735.12 |

BORROWERSFIRST, INC.
DETAIL OF SOFTWARE
AS OF JULY 31, 2018

| Asset Description | Place in Service Date | Cost Basis | Depreciation Method | Original Life Years | LTD 7/31/18 | NBV @ 7/31/18 |
|---|---|---|---|---|---|---|
| Trasnunion Data Archive | 1/1/2016 | $ 37,500.00 | Straight-Line Orig Life | 3 | $ 37,500.00 | $ - |
| UI Refresh 1/1-1/14/2016 | 1/14/2016 | 14,214.47 | Straight-Line Orig Life | 3 | 14,214.47 | - |
| Loan Platform - Phase 1 | 10/29/2014 | 461,147.35 | Straight-Line Orig Life | 3 | 461,147.35 | - |
| Loan Platform - Phase 2 | 10/29/2014 | 351,433.50 | Straight-Line Orig Life | 3 | 351,433.50 | - |
| Loan Platform - Phase 3 | 3/15/2015 | 48,844.00 | Straight-Line Orig Life | 3 | 48,844.00 | - |
| Loan Platform - Phase 3 | 3/15/2015 | 35,875.90 | Straight-Line Orig Life | 3 | 35,875.90 | - |
| Loan Platform - Phase 3 | 3/15/2015 | 366,254.40 | Straight-Line Orig Life | 3 | 366,254.40 | - |
| CTO Salary 2014 Phase 1 & 2 | 10/29/2014 | 94,246.14 | Straight-Line Orig Life | 3 | 94,246.14 | - |
| CTO Salary Phase 3 | 3/15/2015 | 67,307.70 | Straight-Line Orig Life | 3 | 67,307.70 | - |
| Platform Installation Cost | 8/7/2015 | 1,826.72 | Straight-Line Orig Life | 3 | 1,826.72 | - |
| Loan Platform Apr Wk 1 | 4/7/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform Apr Wk 2 | 4/14/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform Apr Wk3 | 4/21/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform Apr Wk4 | 4/28/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform May Wk1 | 5/7/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform May Wk2 | 5/14/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform May Wk3 | 5/21/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| CM BF3-002 & CTO | 5/28/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform June Wk1 | 6/7/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform June Wk2 | 6/14/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform June Wk3 | 6/21/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform June Wk4 | 6/28/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform July Wk1 | 7/7/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform July Wk2 | 7/14/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform July Wk3 | 7/21/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform July Wk4 | 7/28/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform Aug Wk1 | 8/7/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform Aug Wk2 | 8/14/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform Aug Wk3 | 8/21/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform Aug Wk4 | 8/28/2015 | 36,069.55 | Straight-Line Orig Life | 3 | 36,069.55 | - |
| Loan Platform Sept Wk1 | 9/7/2015 | 32,843.92 | Straight-Line Orig Life | 3 | 32,843.92 | - |
| Loan Platform Sept Wk2 | 9/14/2015 | 32,843.92 | Straight-Line Orig Life | 3 | 32,843.92 | - |
| Loan Platform Sept Wk3 | 9/21/2015 | 32,843.92 | Straight-Line Orig Life | 3 | 32,843.92 | - |
| Loan Platform Sept Wk4 | 9/28/2015 | 32,843.92 | Straight-Line Orig Life | 3 | 32,843.92 | - |
| Loan Platform Oct Wk1 | 10/7/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Oct Wk2 | 10/14/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Oct Wk3 | 10/21/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Oct Wk4 | 10/28/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Nov Wk1 | 11/7/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Nov Wk2 | 11/14/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Nov Wk3 | 11/21/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Nov Wk4 | 11/28/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Dec Wk1 | 12/7/2015 | 32,704.11 | Straight-Line Orig Life | 3 | 32,704.11 | - |
| Loan Platform Dec Wk2 | 12/14/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Dec Wk3 | 12/21/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Dec Wk4 | 12/28/2015 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform March wk3&4 | 3/31/2015 | 89,526.72 | Straight-Line Orig Life | 3 | 89,526.72 | - |
| Loan Platform Jan Wk1 | 1/8/2016 | 35,178.08 | Straight-Line Orig Life | 3 | 35,178.08 | - |
| Loan Platform Jan Wk2 | 1/15/2016 | 35,178.08 | Straight-Line Orig Life | 3 | 35,178.08 | - |
| Loan Platform Jan Wk3 | 1/22/2016 | 35,178.08 | Straight-Line Orig Life | 3 | 35,178.08 | - |
| Loan Platform Jan Wk4 | 1/29/2016 | 35,178.08 | Straight-Line Orig Life | 3 | 35,178.08 | - |
| UI Refresh 1/15-1/31/2016 | 1/31/2016 | 21,749.76 | Straight-Line Orig Life | 3 | 21,749.76 | - |
| GDS Enhancement Hours | 1/1/2016 | 8,649.18 | Straight-Line Orig Life | 3 | 8,649.18 | - |
| GDS Enhancements | 1/4/2016 | 779.40 | Straight-Line Orig Life | 3 | 779.40 | - |
| GDS Enhancements | 1/7/2016 | 779.40 | Straight-Line Orig Life | 3 | 779.40 | - |
| GDS Enhancements | 1/15/2016 | 1,948.50 | Straight-Line Orig Life | 3 | 1,948.50 | - |
| GDS Enhancements | 1/15/2016 | 779.40 | Straight-Line Orig Life | 3 | 779.40 | - |
| GDS Enhancements | 1/31/2016 | 8,963.10 | Straight-Line Orig Life | 3 | 8,963.10 | - |
| GDS Enhancements | 1/29/2016 | 779.40 | Straight-Line Orig Life | 3 | 779.40 | - |
| Experian Custom Software Development | 1/1/2016 | 25,000.00 | Straight-Line Orig Life | 3 | 25,000.00 | - |
| Loan Platform Feb Wk1 | 2/6/2016 | 33,341.68 | Straight-Line Orig Life | 3 | 33,341.68 | - |
| Loan Platform Feb Wk2 | 2/13/2016 | 33,341.68 | Straight-Line Orig Life | 3 | 33,341.68 | - |
| Loan Platform Feb Wk3 | 2/20/2016 | 33,341.68 | Straight-Line Orig Life | 3 | 33,341.68 | - |
| Loan Platform Feb Wk4 | 2/26/2016 | 33,341.68 | Straight-Line Orig Life | 3 | 33,341.68 | - |
| UI Refresh 2/1-2/14/2016 | 2/15/2016 | 22,886.97 | Straight-Line Orig Life | 3 | 22,886.97 | - |
| UI Refresh 2/15-2/29/2016 | 2/29/2016 | 23,530.40 | Straight-Line Orig Life | 3 | 23,530.40 | - |
| UI Refresh 3/1-3/14 | 3/15/2016 | 19,029.38 | Straight-Line Orig Life | 3 | 19,029.38 | - |
| UI Refresh 3/15-3/31 | 3/31/2016 | 23,358.51 | Straight-Line Orig Life | 3 | 23,358.51 | - |
| Loan Platform Mar Wk1 | 3/4/2016 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Mar Wk2 | 3/11/2016 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Mar Wk3 | 3/18/2016 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| Loan Platform Mar Wk4 | 3/25/2016 | 32,704.17 | Straight-Line Orig Life | 3 | 32,704.17 | - |
| GDS Enhancements | 2/18/2016 | 779.40 | Straight-Line Orig Life | 3 | 779.40 | - |
| GDS Enhancements | 2/22/2016 | 5,196.00 | Straight-Line Orig Life | 3 | 5,196.00 | - |

BORROWERSFIRST, INC.
DETAIL OF SOFTWARE
AS OF JULY 31, 2018

| Asset Description | Place in Service Date | Cost Basis | Depreciation Method | Original Life Years | LTD 7/31/18 | NBV @ 7/31/18 |
|---|---|---|---|---|---|---|
| GDS Enhancements | 3/7/2016 | 5,715.60 | Straight-Line Orig Life | 3 | 5,715.60 | - |
| GDS Enhancements | 3/3/2016 | 779.40 | Straight-Line Orig Life | 3 | 779.40 | - |
| GDS Enhancements | 3/21/2016 | 4,676.40 | Straight-Line Orig Life | 3 | 4,676.40 | - |
| GDS Enhancements | 4/4/2016 | 6,884.70 | Straight-Line Orig Life | 3 | 6,884.66 | 0.04 |
| GDS Enhancements | 4/1/2016 | 1,299.00 | Straight-Line Orig Life | 3 | 1,298.91 | 0.09 |
| GDS Enhancements | 4/8/2016 | 6,235.20 | Straight-Line Orig Life | 3 | 6,235.20 | - |
| Loan Platform Apr Wk1 | 4/1/2016 | 21,460.00 | Straight-Line Orig Life | 3 | 21,459.97 | 0.03 |
| Loan Platform Apr Wk2 | 4/8/2016 | 21,460.00 | Straight-Line Orig Life | 3 | 21,459.97 | 0.03 |
| Loan Platform Apr Wk3 | 4/15/2016 | 21,460.00 | Straight-Line Orig Life | 3 | 21,459.97 | 0.03 |
| Loan Platform Apr Wk4 | 4/22/2016 | 21,460.00 | Straight-Line Orig Life | 3 | 21,459.97 | 0.03 |
| Loan Platform Apr Wk5 | 4/29/2016 | 21,460.00 | Straight-Line Orig Life | 3 | 21,459.97 | 0.03 |
| GDS Enhancements | 5/2/2016 | 7,404.30 | Straight-Line Orig Life | 3 | 7,198.76 | 205.54 |
| GDS Enhancements | 5/16/2016 | 4,026.90 | Straight-Line Orig Life | 3 | 3,915.09 | 111.81 |
| GDS Enhancements | 5/30/2016 | 8,573.40 | Straight-Line Orig Life | 3 | 8,335.25 | 238.15 |
| Loan Platform May Wk1 | 5/6/2016 | 31,218.75 | Straight-Line Orig Life | 3 | 30,351.63 | 867.12 |
| Loan Platform May Wk2 | 5/13/2016 | 31,218.75 | Straight-Line Orig Life | 3 | 30,351.63 | 867.12 |
| Loan Platform May Wk3 | 5/20/2016 | 31,218.75 | Straight-Line Orig Life | 3 | 30,351.63 | 867.12 |
| Loan Platform May Wk4 | 5/27/2016 | 31,218.75 | Straight-Line Orig Life | 3 | 30,351.63 | 867.12 |
| Loan Platform June Wk1 | 6/3/2016 | 20,812.50 | Straight-Line Orig Life | 3 | 19,656.39 | 1,156.11 |
| Loan Platform June Wk2 | 6/10/2016 | 20,812.50 | Straight-Line Orig Life | 3 | 19,656.39 | 1,156.11 |
| Loan Platform June Wk3 | 6/17/2016 | 20,812.50 | Straight-Line Orig Life | 3 | 19,656.39 | 1,156.11 |
| Loan Platform June Wk4 | 6/24/2016 | 20,812.50 | Straight-Line Orig Life | 3 | 19,656.39 | 1,156.11 |
| GDS Enhancements | 6/13/2016 | 5,975.40 | Straight-Line Orig Life | 3 | 5,643.34 | 332.06 |
| GDS ENHANCEMENTS | 6/27/2016 | 6,884.70 | Straight-Line Orig Life | 3 | 6,502.17 | 382.53 |
| GDS Enhancements | 7/25/2016 | 6,754.80 | Straight-Line Orig Life | 3 | 6,191.81 | 562.99 |
| Loan Platform July Wk1 | 7/1/2016 | 16,650.00 | Straight-Line Orig Life | 3 | 15,262.50 | 1,387.50 |
| Loan Platform July Wk2 | 7/8/2016 | 16,650.00 | Straight-Line Orig Life | 3 | 15,262.50 | 1,387.50 |
| Loan Platform July Wk3 | 7/15/2016 | 16,650.00 | Straight-Line Orig Life | 3 | 15,262.50 | 1,387.50 |
| Loan Platform July Wk4 | 7/22/2016 | 16,650.00 | Straight-Line Orig Life | 3 | 15,262.50 | 1,387.50 |
| Loan Platform July Wk5 | 7/29/2016 | 16,650.00 | Straight-Line Orig Life | 3 | 15,262.50 | 1,387.50 |
| 1 GP Dynamics License | 6/15/2016 | 4,323.87 | Straight-Line Orig Life | 3 | 4,083.72 | 240.15 |
| Loan Platform August Week 1 | 8/5/2016 | 20,812.50 | Straight-Line Orig Life | 3 | 18,500.14 | 2,312.36 |
| Loan Platform August Week 2 | 8/12/2016 | 20,812.50 | Straight-Line Orig Life | 3 | 18,500.14 | 2,312.36 |
| Loan Platform August Week 3 | 8/19/2016 | 20,812.50 | Straight-Line Orig Life | 3 | 18,500.14 | 2,312.36 |
| Loan Platform August Week 4 | 8/26/2016 | 20,812.50 | Straight-Line Orig Life | 3 | 18,500.14 | 2,312.36 |
| GDS Enhancements | 7/11/2016 | 7,534.20 | Straight-Line Orig Life | 3 | 6,906.26 | 627.94 |
| GDS Enhancements | 8/10/2016 | 5,975.40 | Straight-Line Orig Life | 3 | 5,311.38 | 664.02 |
| GDS Enhancements | 8/22/2016 | 6,365.10 | Straight-Line Orig Life | 3 | 5,657.91 | 707.19 |
| Loan Platform Enhancements Wk1 | 9/2/2016 | 11,840.00 | Straight-Line Orig Life | 3 | 10,195.59 | 1,644.41 |
| Loan Platform Enhancements Wk2 | 9/9/2016 | 11,840.00 | Straight-Line Orig Life | 3 | 10,195.59 | 1,644.41 |
| Loan Platform Enhancements Wk3 | 9/16/2016 | 11,840.00 | Straight-Line Orig Life | 3 | 10,195.59 | 1,644.41 |
| Loan Platform Enhancements Wk4 | 9/23/2016 | 11,840.00 | Straight-Line Orig Life | 3 | 10,195.59 | 1,644.41 |
| Loan Platform Enhancements Wk5 | 9/30/2016 | 11,840.00 | Straight-Line Orig Life | 3 | 10,195.59 | 1,644.41 |
| GDS Enhancements | 9/5/2016 | 4,806.30 | Straight-Line Orig Life | 3 | 4,138.80 | 667.50 |
| GDS Enhancements | 9/19/2016 | 5,196.00 | Straight-Line Orig Life | 3 | 4,474.24 | 721.76 |
| GDS Enhancments | 10/3/2016 | 3,117.60 | Straight-Line Orig Life | 3 | 2,598.00 | 519.60 |
| GDS Enhancements | 10/31/2016 | 8,053.80 | Straight-Line Orig Life | 3 | 6,711.59 | 1,342.21 |
| GDS Enhancements | 11/14/2016 | 2,598.00 | Straight-Line Orig Life | 3 | 2,092.92 | 505.08 |
| GDS Upgrades | 11/14/2016 | 6,105.30 | Straight-Line Orig Life | 3 | 4,918.11 | 1,187.19 |
| GDS UPGRADES | 12/12/2016 | 2,338.20 | Straight-Line Orig Life | 3 | 1,818.60 | 519.60 |
| Capitalized Platform Development | 1/15/2016 | 36,378.79 | Straight-Line Orig Life | 3 | 36,378.79 | - |
| Capitalized Platform Development 2016 | 1/31/2016 | 36,378.79 | Straight-Line Orig Life | 3 | 36,378.79 | - |
| Capitalized Platform Development 2016 | 2/15/2016 | 38,739.33 | Straight-Line Orig Life | 3 | 38,739.33 | - |
| Capitalized Platform Development 2016 | 2/29/2016 | 38,739.33 | Straight-Line Orig Life | 3 | 38,739.33 | - |
| Capitalized Platform Development 2016 | 3/15/2016 | 48,908.20 | Straight-Line Orig Life | 3 | 48,908.20 | - |
| Capitalized Platform Development 2016 | 3/31/2016 | 48,908.20 | Straight-Line Orig Life | 3 | 48,908.20 | - |
| Capitalized Platform Development 2016 | 4/15/2016 | 51,526.75 | Straight-Line Orig Life | 3 | 51,526.75 | - |
| Capitalized Platform Development 2016 | 4/30/2016 | 51,526.75 | Straight-Line Orig Life | 3 | 51,526.75 | |
| Capitalized Platform Development 2016 | 5/15/2016 | 54,473.08 | Straight-Line Orig Life | 3 | 52,959.91 | 1,513.17 |
| Capitalized Platform Development 2016 | 5/31/2016 | 54,473.08 | Straight-Line Orig Life | 3 | 52,959.91 | 1,513.17 |
| Capitalized Platform Development 2016 | 6/15/2016 | 54,473.08 | Straight-Line Orig Life | 3 | 51,446.77 | 3,026.31 |
| Capitalized Platform Development 2016 | 6/30/2016 | 54,473.08 | Straight-Line Orig Life | 3 | 51,446.77 | 3,026.31 |
| Capitalized Platform Development 2016 | 7/15/2016 | 54,473.08 | Straight-Line Orig Life | 3 | 49,933.63 | 4,539.45 |
| Capitalized Platform Development 2016 | 7/31/2016 | 54,473.08 | Straight-Line Orig Life | 3 | 49,933.63 | 4,539.45 |
| Capitalized Platform Development 2016 | 8/15/2016 | 56,991.06 | Straight-Line Orig Life | 3 | 50,658.86 | 6,332.20 |
| Capitalized Platform Development 2016 | 8/31/2016 | 56,991.06 | Straight-Line Orig Life | 3 | 50,658.86 | 6,332.20 |
| Capitalized Platform Development 2016 | 9/15/2016 | 54,473.08 | Straight-Line Orig Life | 3 | 46,907.34 | 7,565.74 |
| Capitalized Platform Development 2016 | 9/30/2016 | 54,473.08 | Straight-Line Orig Life | 3 | 46,907.34 | 7,565.74 |
| Capitalized Platform Development 2016 | 10/15/2016 | 56,991.07 | Straight-Line Orig Life | 3 | 47,492.69 | 9,498.38 |
| Capitalized Platform Development 2016 | 10/31/2016 | 56,991.07 | Straight-Line Orig Life | 3 | 47,492.69 | 9,498.38 |
| Capitalized Platform Development 2016 | 11/15/2016 | 51,955.09 | Straight-Line Orig Life | 3 | 41,852.79 | 10,102.30 |
| Capitalized Platform Development 2016 | 11/30/2016 | 51,955.09 | Straight-Line Orig Life | 3 | 41,852.79 | 10,102.30 |
| Capitalized Platform Development 2016 | 12/15/2016 | 56,991.07 | Straight-Line Orig Life | 3 | 44,326.52 | 12,664.55 |
| Capitalized Platform Development 2016 | 12/31/2016 | 56,991.07 | Straight-Line Orig Life | 3 | 44,326.52 | 12,664.55 |

BORROWERSFIRST, INC.
DETAIL OF SOFTWARE
AS OF JULY 31, 2018

| Asset Description | Place in Service Date | Cost Basis | Depreciation Method | Original Life Years | LTD 7/31/18 | NBV @ 7/31/18 |
|---|---|---|---|---|---|---|
| GDS Enhancements | 1/9/2017 | 4,676.40 | Straight-Line Orig Life | 3 | 3,507.30 | 1,169.10 |
| GDS ENHANCEMENTS | 1/19/2017 | 4,936.20 | Straight-Line Orig Life | 3 | 3,702.24 | 1,233.96 |
| GDS ENHANCEMENTS | 2/16/2017 | 10,132.20 | Straight-Line Orig Life | 3 | 6,649.26 | 3,482.94 |
| GDS ENHANCEMENTS | 2/2/2017 | 5,845.50 | Straight-Line Orig Life | 3 | 3,836.23 | 2,009.27 |
| GDS ENHANCEMENTS | 3/2/2017 | 9,612.60 | Straight-Line Orig Life | 3 | 5,407.16 | 4,205.45 |
| GDS ENHANCEMENTS | 3/23/2017 | 7,014.60 | Straight-Line Orig Life | 3 | 3,945.71 | 3,068.89 |
| GDS ENHANCEMENTS | 4/6/2017 | 4,026.90 | Straight-Line Orig Life | 3 | 1,887.64 | 2,139.26 |
| GDS ENHANCEMENTS | 5/4/2017 | 7,534.20 | Straight-Line Orig Life | 3 | 2,825.28 | 4,708.92 |
| GDS ENHANCEMENTS | 5/18/2017 | 7,274.40 | Straight-Line Orig Life | 3 | 2,727.95 | 4,546.46 |
| GDS ENHANCEMENTS | 6/1/2017 | 2,987.70 | Straight-Line Orig Life | 3 | 840.27 | 2,147.43 |
| GDS ENHANCEMENTS | 6/28/2017 | 3,637.20 | Straight-Line Orig Life | 3 | 1,022.93 | 2,614.27 |
| GDS ENHANCEMENTS | 7/13/2017 | 4,936.20 | Straight-Line Orig Life | 3 | 925.56 | 4,010.64 |
| GDS ENHANCEMENTS | 7/27/2017 | 4,156.80 | Straight-Line Orig Life | 3 | 779.42 | 3,377.38 |
| | | $    5,354,764.91 | | | $5,163,529.24 | $    191,235.67 |

| Official Form 206A/B Part 1, Question 3 | Name of Institution | Type of Account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.3 | First National Bank of Omaha | Checking | 3828 | $3,950.00 |
| 3.4 | Cross River Bank | Refund | 5387 | $5,166.16 |

| Official Form 206A/B Part 4, Question 15 | Name of Institution | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 15.3 | BorrowersFirst Loan Trust | 100.00 | | $3,612,453.04 |

| Official Form 206A/B Part 7, Question 41 | Office Equipment | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | Owned--Software--See Attached Schedule | $191,235.67 | Net Book Value | Unknown |

**Fill in this information to identify the case:**

Debtor name    BorrowersFirst, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number (If known)    18-11851

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Creditor's name**<br>SF Capital Investments, LP | $ 24,985,700.10 | $ Unknown |

**Creditor's name**
SF Capital Investments, LP

**Creditor's mailing address**
150 E. 52nd Street
New York, NY 10022

**Creditor's email address, if known**

**Date debt was incurred**    September 2014

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
All Assets of the Company

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Creditor's name** | $_____ | $_____ |
|---|---|---|---|

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 24,985,700.10

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | BorrowersFirst, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known) | 18-11851 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>State of Delaware, Division of Taxation<br>PO Box 898<br>Dover, DE 19903 | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $ Unknown |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:** | |
| | **Last 4 digits of account number**   8582 ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | |

| | | | |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address**<br>Travis County Tax<br>PO Box 149328<br>Austin, TX 78714 | **As of the petition filing date, the claim is:** $ 10,000.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
| | **Date or dates debt was incurred**<br>2017 | **Basis for the claim:**<br>Property Tax | |
| | **Last 4 digits of account number**   ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | |

| | | | |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number**   ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | $31,257.02 |
|---|---|---|---|
| Allegis Group Holdings, Inc. | Check all that apply. | | |
| | ☐ Contingent | | |
| 7301 Parkway Drive | ☐ Unliquidated | | |
| Hanover, MD 21076 | ☐ Disputed | | |
| | **Basis for the claim:** Services | | |
| Date or dates debt was incurred ___Various___ | **Is the claim subject to offset?** | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | $2,707.93 |
|---|---|---|---|
| Alston & Bird LLP | Check all that apply. | | |
| | ☐ Contingent | | |
| 1201 West Peachtree Street | ☐ Unliquidated | | |
| Atlanta, GA 30309 | ☐ Disputed | | |
| | **Basis for the claim:** Services | | |
| Date or dates debt was incurred ___Various___ | **Is the claim subject to offset?** | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | $605.10 |
|---|---|---|---|
| Capitol Vending and Coffee | Check all that apply. | | |
| | ☐ Contingent | | |
| 4711 E. 5th | ☐ Unliquidated | | |
| Austin, TX 78702 | ☐ Disputed | | |
| | **Basis for the claim:** Services | | |
| Date or dates debt was incurred ___Various___ | **Is the claim subject to offset?** | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | $20,000.00 |
|---|---|---|---|
| CBIZ | Check all that apply. | | |
| | ☐ Contingent | | |
| 1065 Avenue of the Americas 11th Floor | ☐ Unliquidated | | |
| New York, NY 10018 | ☐ Disputed | | |
| | **Basis for the claim:** Services | | |
| Date or dates debt was incurred ___Various___ | **Is the claim subject to offset?** | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | $15,525.00 |
|---|---|---|---|
| Chapman and Cutler LLP | Check all that apply. | | |
| | ☐ Contingent | | |
| P.O. Box 71291 | ☐ Unliquidated | | |
| Chicago, IL 60694 | ☐ Disputed | | |
| | **Basis for the claim:** Services | | |
| Date or dates debt was incurred ___Various___ | **Is the claim subject to offset?** | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | $20,220.00 |
|---|---|---|---|
| Christiana Trust | Check all that apply. | | |
| 501 Carr Road, Suite 100 | ☐ Contingent | | |
| Wilmington, DE 19809 | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| | **Basis for the claim:** Services | | |
| Date or dates debt was incurred ___Various___ | **Is the claim subject to offset?** | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | | |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    BorrowersFirst, Inc.
Name

Case number (if known)    18-11851

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7** Nonpriority creditor's name and mailing address

Clarity Services, Inc.

15550 Lightwave Drive Suite 350

Clearwater, FL  33760

As of the petition filing date, the claim is:    $    $1,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Cloud Lending

1 Waters Park Drive Suite 240

San Mateo, CA  94403

As of the petition filing date, the claim is:    $    $8,319.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Cloud Mastery

817 Lake Meadow Lane

Little Elm, Texas  75068

As of the petition filing date, the claim is:    $    $11,500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Cross River Bank

885 Teaneck Road

Teaneck, NJ  07666

As of the petition filing date, the claim is:    $    $74,898.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Dave Tomlinson

65 Alpine Ter

San Francisco, CA  94117-3110

As of the petition filing date, the claim is:    $    $139,199.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Accrued Bonus

Date or dates debt was incurred    2017

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**

Direct Marketing Solutions
8534 NE Alderwood Road
Portland, Oregon 97220

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $18,652.04

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.13 Nonpriority creditor's name and mailing address**

DocuSign Inc.
1301 2nd Ave Ste. 2000
Seattle, WA 98101

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $95,570.98

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Equifax
11432 lackland Road
Saint Louis, MO 63146

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $1,735.70

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

Experian Information Solutions
PO Box 881971
Los Angeles, CA 90088-1971

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $429.28

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

Express Information Systems, Inc.
4115 Medical Drive Ste. 604
San Antonio, TX 78229

**Date or dates debt was incurred** Various

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $184.03

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    BorrowersFirst, Inc.
Name

Case number (if known)    18-11851

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.17**   Nonpriority creditor's name and mailing address

First Associates Loan Servicing LLC

15373 Innovation Drive Suite 300

San Diego, CA  92128

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Services

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.18**   Nonpriority creditor's name and mailing address

FIS Compliance Coach

PO Box 4535

Carol Stream, IL  60197-4535

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    $31,535.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.19**   Nonpriority creditor's name and mailing address

Fiserv

PO Box 99924

Grapevine, TX  76099-9724

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    $16,986.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.20**   Nonpriority creditor's name and mailing address

Gavan Goss

1701 Virginia Avenue

Austin, TX  78704

Date or dates debt was incurred    2017

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    $32,840.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:    Accrued Bonus

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.21**   Nonpriority creditor's name and mailing address

ID Analytics, LLC

Stacy Campbell 15253 Avenue of Science

San Diego, CA  92128

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    $24,042.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims



American LegalNet, Inc.
www.FormsWorkFlow.com

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

### 3.22

**Nonpriority creditor's name and mailing address**

Incorp

3773 Howard Hughes Parkway Suite 500S

Las Vegas, NV  89169-6014

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$        $988.00

---

### 3.23

**Nonpriority creditor's name and mailing address**

IT OFFICE LLC

2900 N Quinlan Park Rd St B240-127

Austin, TX  78732

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$        $59.54

---

### 3.24

**Nonpriority creditor's name and mailing address**

LexisNexis Risk Solutions FL Inc

PO Box 7247-6157

Philadelphia, PA  19170-6157

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$        $22,815.29

---

### 3.25

**Nonpriority creditor's name and mailing address**

LK Jordan & Associates, Austin, LTD

321 Texan Trak STE 100

Corpus Christi, TX  78411

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$        $1,032.60

---

### 3.26

**Nonpriority creditor's name and mailing address**

LogicMonitor, Inc.

Dept LA 24200

Pasadena, CA  24200

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$        $2,984.80


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    BorrowersFirst, Inc.
          Name

Case number (if known)  18-11851

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.27**  Nonpriority creditor's name and mailing address

Luis Rodriguez

3500 East Lincoln Drive #43

Phoenix, AZ  85018

As of the petition filing date, the claim is:     $    **$5,533.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Accrued Bonus

Date or dates debt was incurred    2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.28**  Nonpriority creditor's name and mailing address

McCarthy Burgess & Wolff

26000 Cannon Road
Cleveland, OH  44146

As of the petition filing date, the claim is:     $    **$13,320.63**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred    Various
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.29**  Nonpriority creditor's name and mailing address

Measured Connections, Inc.

PO Box 1239
Colorado Springs, CO  80901

As of the petition filing date, the claim is:     $    **$31,998.64**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred    Various
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.30**  Nonpriority creditor's name and mailing address

Michael Freedman

643 Ford Avenue
Kingston, PA  18704

As of the petition filing date, the claim is:     $    **$23,167.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Accrued Bonus

Date or dates debt was incurred    2017
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.31**  Nonpriority creditor's name and mailing address

Millennium Trust Company

2001 Spring Road #700
Oak Brook, IL  60523

As of the petition filing date, the claim is:     $    **$11,066.23**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred    Various
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    BorrowersFirst, Inc.

Name

Case number (if known) 18-11851

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address

Neustar

Neustar Info Services, Inc. Bank of America

Atlanta, GA  30374 2000

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim:  Services

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $150.31

---

**3.33** Nonpriority creditor's name and mailing address

Online Lending Policy Institute

1015 15th Street, NW Suite 1000

Washington, DC

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Charitable Contribution

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $15,000.00

---

**3.34** Nonpriority creditor's name and mailing address

Peak10

8809 Lenox Pointe Dr. Ste. G

Charlotte, NC  28273

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $15,360.03

---

**3.35** Nonpriority creditor's name and mailing address

Procure SQL LL

1113 Peyton Place

Cedar Park, Texas  78613

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $18,000.00

---

**3.36** Nonpriority creditor's name and mailing address

Recruitability

300 E. Highland Mall Blvd Suite 305

Austin, Texas  78752

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$    $13,229.17

---

page  8  of  11

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    BorrowersFirst, Inc.
           Name                                              Case number (if known) 18-11851

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.37** Nonpriority creditor's name and mailing address

Richards, Layton & Finger P.A

One Rodney Square
920 North King Street
Wilmington, DE  19801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services

Date or dates debt was incurred      Various

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $1,609.70

---

**3.38** Nonpriority creditor's name and mailing address

Silicon Valley Bank Credit Card

P.O. Box 2360
Omaha, NE  68103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred      Various

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $100,792.00

---

**3.39** Nonpriority creditor's name and mailing address

Softchoice Corporation

16609 Collections Center Drive
Chicago, Illinois  60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred      Various

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $15,896.89

---

**3.40** Nonpriority creditor's name and mailing address

Solis Security Inc.

10711 Burnet Rd
Austin, TX  78758

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred      Various

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $32,761.96

---

**3.41** Nonpriority creditor's name and mailing address

Terrell Oehring

1812 Lakecliff Hills Ln
Austin, TX  78732

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Accrued Bonus

Date or dates debt was incurred      2017

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$    $18,480.01

---

page  9  of  11


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    BorrowersFirst, Inc.
          Name                                                      Case number (if known)  18-11851

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.42** Nonpriority creditor's name and mailing address

TLOxp

9303 Research Blvd Bldg 2 Suite 250

Austin, TX  78759

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    $6,203.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Services

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

TowerData, Inc.

379 Park Avenue South,

New York City, NY  10016

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Transunion, LLC

P.O. Box 99506

Chicago, IL  60693 9506

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    $29,832.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

XO Holdings

13865 Sunrise Valley Dr

Herndon, VA  20171

Date or dates debt was incurred    Various

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $    $15,191.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address

_____

_____

_____

,

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

As of the petition filing date, the claim is:    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

page    10    of    11


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    BorrowersFirst, Inc.
_____Name_____    Case number (if known) 18-11851_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ Unknown |
| 5b. **Total claims from Part 2** | 5b. + | $ 952,983.82 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ Unknown |

**Fill in this information to identify the case:**

Debtor name __BorrowersFirst, Inc.__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known): __18-11851__    Chapter __7__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Services | Docusign, Inc. 341 W. Camden Street Suite 800 Baltimore, ME 20201 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Services | Fiserv Solutions, LLC 255 Fiserv Drive Brookfield, WI 53045 |
| | State the term remaining | 43 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Loan Sale Advisory Agreement | National Loan Exchange, Inc. 10 Sunset Hills Professional Center Edwardsville, IL 62025 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Services | Cross River Bank 885 Teaneck Road Teaneck, NJ 07666 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Services | Zwicker & Associates 80 Minuteman Road Andover, MA 01810 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

Debtor   BorrowersFirst, Inc.
_____
         Name

Case number (if known) 18-11851
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**

| State what the contract or lease is for and the nature of the debtor's interest | Services | CenturyLink |
|---|---|---|
| | | 112 Sixth Street |
| | | Bristol, TN 37620 |
| State the term remaining | 14 months | |
| List the contract number of any government contract | | |

**2.7**

| State what the contract or lease is for and the nature of the debtor's interest | Services | Shred-It USA LLC |
|---|---|---|
| | | 4129 Commercial Center Dr. |
| | | Suite 475 |
| State the term remaining | 19 months | Austin, TX 78744 |
| List the contract number of any government contract | | |

**2.8**

| State what the contract or lease is for and the nature of the debtor's interest | Real Estate Lease | Lumeris Solutions, Inc. |
|---|---|---|
| | | 13900 Riverport Drive |
| | | Maryland Heights, MO 63043 |
| State the term remaining | 9 months | |
| List the contract number of any government contract | | |

**2.9**

| State what the contract or lease is for and the nature of the debtor's interest | Services | Bankruptcy Processing Services, Inc. |
|---|---|---|
| | | P.O. Box 593007 |
| | | San Antonio, TX 78259 |
| State the term remaining | N/A | |
| List the contract number of any government contract | | |

**2.10**

| State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | De Ville Asset Management Limited |
|---|---|---|
| | | 1132 Glade Road |
| | | Colleyville, TX 76034 |
| State the term remaining | N/A | |
| List the contract number of any government contract | | |

**2.11**

| State what the contract or lease is for and the nature of the debtor's interest | Legal Services | DLA Piper LLP (US) |
|---|---|---|
| | | 401 Congress Avenue |
| | | Suite 2500 |
| State the term remaining | N/A | Austin, TX 78701 |
| List the contract number of any government contract | | |

**2.12**

| State what the contract or lease is for and the nature of the debtor's interest | Collection Services Agreement | McCarthy, Burgess & Wolff |
|---|---|---|
| | | 26000 Cannon Road |
| | | Cleveland, OH 44146 |
| State the term remaining | N/A | |
| List the contract number of any government contract | | |

Debtor   BorrowersFirst, Inc.
_____
         Name

Case number (*if known*)  18-11851
_____

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest — Account Purchase Agreement | CACH, LLC<br>4340 S. Monaco<br>2nd Floor<br>Denver, CO 80237 |
| State the term remaining — 14 months | |
| List the contract number of any government contract | |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest — Consulting Services | Mackinac Partners<br>74 W. Long Lake Road<br>Suite 205<br>Bloomfield Hills, MI 48304 |
| State the term remaining — N/A | |
| List the contract number of any government contract | |
| **2.__** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.__** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.__** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.__** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.__** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___BorrowersFirst, Inc.___

United States Bankruptcy Court for the: ___District of Delaware___

Case number (If known): ___18-11851___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    BorrowersFirst, Inc. _____

United States Bankruptcy Court for the: District of Delaware _____

Case number (If known): 18-11851 _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................  $ 10,188,562.97

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................  $ 10,188,562.97

---

**Part 2:**    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................  $ $24,985,700.10

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................  $ Unknown

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................  + $ 952,983.82

4. **Total liabilities**............................................................................................................................................................  $ 25,938,683.92
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___BorrowersFirst, Inc.___

United States Bankruptcy Court for the: ___District of Delaware___

Case number (If known): ___18-11851___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**   **Income**

---

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2018<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other _____ | $ 0.00 |
| **For prior year:** | From 01-01-217<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 23,123,215.83 |
| **For the year before that:** | From 01/01/2016<br>MM / DD / YYYY | to | 12/31/2016<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 32,769,491.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2018<br>MM / DD / YYYY | to | Filing date | Commissions/Royalties | $ 0.00 |
| **For prior year:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | Commissions/Royalties | $ 12,095.47 |
| **For the year before that:** | From 01/01/2016<br>MM / DD / YYYY | to | 12/31/2016<br>MM / DD / YYYY | Commissions/Royalties | $ 35,625.00 |

---

Debtor  BorrowersFirst, Inc.
_____
Name

Case number (if known) 18-11851
_____

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | DLA Piper | 6/4/18 | $ 53,716.76 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 6225 Smith Avenue | 7/12/18 | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | Baltimore        MD 21209 | 7/24/18 | | ☐ Other _____ |
| | City        State    ZIP Code | | | |
| 3.2. | Hamby & Hengeli | 7/24/18 | $ 45,500.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 2909 Sherwood Way | 8/1/18 | | ☐ Suppliers or vendors |
| | Suite 204 | | | ☑ Services |
| | Street | | | ☐ Other _____ |
| | San Angelo      TX 76901 | | | |
| | City        State    ZIP Code | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Scott Cornelis | 8/11/17 | $ 25,168.20 | Net Payroll |
| | Insider's name | | | Expense Reimbursement |
| | 3502 Avendale Dr. | 8/24/17 | | |
| | Street | 8/25/17 | | |
| | Austin        TX    78738 | 9/8/17 | | |
| | City        State    ZIP Code | 9/22/17 | | |
| | **Relationship to debtor** | | | |
| | Former officer | | | |
| 4.2. | Michael H. Freedman | 8/11/17 | $ 147,454.41 | Net Payroll |
| | Insider's name | | | Expense Reimbursement |
| | 643 Ford Avenue | 8/25/17 | 11/17/2017 | Severance & Retention |
| | Street | | 12/1/2017 | Consulting Fees |
| | | 9/8/17 | 12/8/2017 | |
| | Kingston      PA    18704 | 9/22/2017 | 12/15/2017 | |
| | City        State    ZIP Code | 10/6/2017 | 12/15/2017 | |
| | | 10/20/2017 | 12/20/2017 | |
| | **Relationship to debtor** | 11/3/2017 | 2/5/2018 | |
| | Former officer | | | |

Debtor  BorrowersFirst, Inc.
_____
Name

Case number (if known)  18-11851
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name _____ Street _____ City          State          ZIP Code | _____ _____ _____ | _____ | $_____ |
| 5.2. | _____ Creditor's name _____ Street _____ City          State          ZIP Code | _____ _____ _____ | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| State of Washington Department of Reve... Creditor's name P.O. Box 47464 Street Olympia, WA  98504 City          State          ZIP Code | Garnishment _____ Last 4 digits of account number: XXXX– __ __ __ __ | 6/7/2018 | $ 16,626.58 |

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Chavez v. BorrowersFirst **Case number** 3:18-cv-00270 | Alleged Violation of TCPA | Southern District Court of California Name _____ Street _____ City     State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.2. | Chavez v. BorrowersFirst **Case number** 3:18-cv-00309 | Alleged Violation of RFDC | Southern District Court of California Name _____ Street _____ City     State     ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |

Debtor   BorrowersFirst, Inc.
_____
         Name

Case number (if known)   18-11851
_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| Street | | |
| | _____ | Name |
| | | Street |
| City      State      ZIP Code | **Case number** | |
| | | City      State      ZIP Code |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Madriagos | Cash | 7/26/2017 | $ 2,700.00 |
| Recipient's name | | | |
| Street | | | |
| 936 Broadway | | | |
| Woodmere NY 11598 | | | |
| City      State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| None | | | |
| 9.2. Online Lending Policy Institute | Cash | 7/31/2017 | $ 10,000.00 |
| Recipient's name | | | |
| Street | | | |
| Boston MA | | | |
| City      State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| None | | | |

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

---

Debtor    BorrowersFirst, Inc.
_____
Name

Case number (*if known*)    18-11851
_____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See attached. | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor    BorrowersFirst, Inc.
         _____    Case number (if known)___18-11851_____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ <br> _____ | _____ | $_____ |
| | **Address** <br> _____ <br> Street <br> _____ <br> _____ <br> City        State      ZIP Code | | | |
| | **Relationship to debtor** <br> _____ | | | |
| | Who received transfer? | _____ <br> _____ | _____ | $_____ |
| 13.2. | _____ | | | |
| | **Address** <br> _____ <br> Street <br> _____ <br> _____ <br> City        State      ZIP Code | | | |
| | **Relationship to debtor** <br> _____ | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| 14.1. | 1114 Lost Creek Blvd, Suite 220 <br> Street | | | From 1/2013 | To 6/2017 |
| | Austin <br> City | TX <br> State | 78746 <br> ZIP Code | | |
| 14.2. | 9050 N. Capital of Texas Highway , Building 3, Suite 210 <br> Street | | | From 7/2017 | To 1/2018 |
| | Austin <br> City | TX <br> State | 78759 <br> ZIP Code | | |

Debtor    BorrowersFirst, Inc.
_____
Name

Case number (*if known*)  18-11851
_____

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City         State         ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| **15.2.** _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City         State         ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.  Name, Address, SSN and other identifying information from loan l

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    BorrowersFirst, Inc.
_____
Name

Case number (*if known*)    18-11851
_____

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | CrossRiver Bank <br> Name <br> 885 Teaneck Road <br> Street <br> Teaneck    NJ    07666 <br> City    State    ZIP Code | XXXX– 3 2 4 9 | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other Lockbox | 11/14/2017 | $_____ |
| 18.2. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Uhaul Moving & Storage <br> Name <br> 8710 Burnet Road, Room 427 <br> Street <br> Austin    TX    78757 <br> City    State    ZIP Code | Greg Fielding <br> _____ <br> _____ <br> **Address** <br> 1406 Aves Cove <br> Pflugerville, TX 78660 | _____ <br> Computer Equipment <br> _____ | ☐ No <br> ☑ Yes |

---

Debtor    BorrowersFirst, Inc.
Name

Case number (*if known*)    18-11851

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    BorrowersFirst, Inc.
_____    Case number (*if known*) __18-11851__
Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____  To _____ |

Debtor    BorrowersFirst, Inc.
      Name

Case number *(if known)*   18-11851

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.**  John Bittner <br> Name <br><br> Street <br> 200 Crescent Court, Suite 240 <br> Dallas     TX     75201 <br> City    State    ZIP Code | From 12/17   To _____ |
| **26a.2.**  Gavan Goss <br> Name <br><br> Street <br> 9050 N. Capital of Texas Highway,  Building 3, Suite 210 <br> Austin     TX     78759 <br> City    State    ZIP Code | From 6/21/16   To 12/15/17 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.**  Hamby & Hengeli PC <br> Name <br><br> Street <br> 2909 Sherwood Way  Suite 204 <br> San Angelo     TX     76901 <br> City    State    ZIP Code | From 1/2015   To 4/2017 |
| **26b.2.** <br> Name <br><br> Street <br><br> City    State    ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**  John Bittner <br> Name <br><br> Street <br> 200 Crescent Court, Suite 240 <br> Dallas     TX     75201 <br> City    State    ZIP Code | _____ <br> _____ <br> _____ |

Debtor    BorrowersFirst, Inc.                                    Case number (if known)  18-11851
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    Carolyn Gile | _____ |
|           Name | _____ |
|           Street | _____ |
|           1404 Hyde Street | |
|           Austin                TX          78741 | |
|           City             State       ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Eaglewood |
|           Name |
|           350 Park Avenue 25th Floor |
|           Street |
|           New York                NY          10022 |
|           City             State       ZIP Code |

| Name and address |
|---|
| 26d.2.    Waterfall Asset Management |
|           Name |
|           1140 Avenue of Americas, 7th Floor |
|           Street |
|           New York                NY          10036 |
|           City             State       ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.    _____ |
|          Name |
|          _____ |
|          Street |
|          _____ |
|          City             State       ZIP Code |

| Debtor | BorrowersFirst, Inc. | Case number (if known) | 18-11851 |
| --- | --- | --- | --- |
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.

Name

Street

City                                    State            ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| John Bittner | 200 Crescent Court, Suite 240, Dallas, TX 7 | Chief Restructuring Officer | 0 |
| Neil Wolfson | 150 E. 52nd Street, New York, NY 10022 | Director / Common stock | 2% |
| SF Capital Investments, LP | 150 E. 52nd Street, New York, NY 10022 | Shareholder/Common Pref | 59.24% |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Scott Cornelis | | Former Officer | From 9/17 To ____ |
| Michael H. Freedman | | Former Officer | From 12/17 To ____ |
| Gavan Goss | | Former Officer | From 12/17 To ____ |
| Terrell W. Oehring | | Former Officer | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. | | | |
| Name | | | |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | | |

Debtor    __BorrowersFirst, Inc.__                    Case number (if known) _18-11851_
          Name

| | Name and address of recipient | | | | |
|---|---|---|---|---|---|
| 30.2 | _____ | | _____ | _____ | _____ |
| | Name | | | | |
| | _____ | | _____ | | |
| | Street | | | | |
| | _____ | | | | |
| | City              State        ZIP Code | | _____ | | |
| | Relationship to debtor | | | | |
| | _____ | | _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

Name of the parent corporation

__BorrowersFirst, Inc.__

Employer identification number of the parent corporation

EIN: _4_ _6_ – _3_ _0_ _4_ _5_ _3_ _1_ _7_

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Name of the pension fund

_____

Employer identification number of the pension fund

EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

---

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _08_ / _10_ / _2018_
             MM / DD / YYYY

✗ _/s/ John Bittner_                    Printed name    _John Bittner_
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    _Chief Restructuring Officer_

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

In re BorrowersFirst, Inc.


Form: Official Form 207
Part: 2
Question: 3

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.3 | Silicon Valley Bank 3003 Tasman Drive Santa Clara, CA 95054 | 7/27/18 5/29/18 6/7/18 6/26/18 | $817.65 | Supplies or Vendors |
| 3.4 | Silicon Valley Bank P.O. Box 2360 Omaha, NE 68103 | 6/22/18 | $6,128.00 | Unsecured Loan Repayments |
| 3.5 | State of Washington Department of Revenue P.O. Box 47464 Olympia, WA 98504 | 6/7/18 | $16,646.58 | Other—Garnishment |
| 3.6 | Willis of Texas P.O. Box 731739 Dallas, TX 75373 | 5/14/18 6/6/18 6/28/18 7/28/18 | $37316.23 | Supplies or Vendors |

In re BorrowersFirst, Inc.


Form: Official Form 207
Part: 2
Question: 4

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|
| 4.3 | Gavan Goss 1701 Virginia Ave. Austin, TX  78704 | 8/11/2017 8/25/2017 9/8/2017 9/22/2017 10/6/2017 10/6/2017 10/20/2017 11/3/2017 11/17/2017 12/1/2017 12/15/2017 12/15/2017 12/20/2017 2/27/2018 | $104,136.37 | Net Payroll Expense Severance & Retention Consulting Fees | Former officer |
| 4.4 | Terrell W. Oehring 1812 Lakecliff Hills Ln Austin, TX 78732 | 8/11/2017 8/25/2017 9/8/2017 9/22/2017 10/6/2017 10/6/2017 10/20/2017 11/3/2017 11/17/2017 12/1/2017 12/8/2017 12/12/2017 12/15/2017 1/2/2018 1/3/2018 1/10/2018 1/17/2018 | $110,205.51 | Net Payroll Expense Reimbursement Severance & Retention Consulting Fees Expense Reimbursement | Former officer |
| 4.5 | Michael A. Petrella 58 McCormick Lincoln University, PA  19352 | 8/11/2017 8/25/2017 9/7/2017 9/8/2017 9/22/2017 9/22/2017 10/6/2017 10/20/2017 11/3/2017 11/17/2017 12/1/2017 12/12/2017 12/15/2017 1/9/2018 | $62,467.66 | Net Payroll Expense Consulting Fees | Former officer |

In re BorrowersFirst, Inc.

| | | | | | |
|---|---|---|---|---|---|
| | | 1/16/2018 | | | |
| 4.6 | Michael Rapaport<br>2741 15th Avenue<br>San Francisco, CA<br>94127 | 8/10/2017<br>8/10/2017<br>8/11/2017<br>8/25/2017<br>9/8/2017<br>9/22/2017<br>9/22/2017<br>10/6/2017<br>10/6/2017<br>10/20/2017<br>11/3/2017<br>11/3/2017<br>11/16/2017<br>11/17/2017<br>11/17/2017<br>11/30/2017<br>11/30/2017<br>12/1/2017<br>12/8/2017<br>12/15/2017<br>12/16/2017 | $92,457.09 | Expense<br>Net Payroll<br>Cobra<br>Reimbursement<br>Severance &<br>Accrued Vacation<br>Payment<br>Consulting Fees | Former officer |
| 4.7 | Scott Rhode<br>820 Clear Stream<br>Crossing<br>Austin, TX 78753 | 8/11/2017<br>8/25/2017<br>9/8/2017<br>9/22/2017<br>10/6/2017<br>10/20/2017<br>11/3/2017<br>11/16/2017<br>11/17/2017<br>12/1/2017<br>12/1/2017<br>12/12/2017<br>12/15/2017 | $76,000.13 | Net Payroll<br>Expense<br>Reimbursement | Former officer |
| 4.8 | Luis Rodriguez<br>3500 East Lincoln<br>Drive #43<br>Phoenix, AZ<br>85018 | 8/10/2017<br>8/11/2017<br>8/24/2017<br>8/24/2017<br>8/25/2017<br>9/7/2017<br>9/8/2017<br>9/22/2017<br>9/22/2017<br>10/6/2017<br>10/20/2017<br>11/3/2017<br>11/3/2017<br>11/3/2017<br>11/17/2017 | $94,217.18 | Expense<br>Reimbursement<br>Net Payroll<br>Housing Stipend<br>Expense<br>Reimbursement<br>Severance &<br>Retention<br>Consulting Fees | Former officer |

In re BorrowersFirst, Inc.

| | | | | | |
|---|---|---|---|---|---|
| | | 11/30/2017<br>12/1/2017<br>12/15/2017<br>12/15/2017<br>12/20/2017<br>12/20/2028<br>12/28/2017<br>12/29/2017<br>1/16/2018 | | | |
| 4.9 | David A. Tomlinson<br>502 Ledgeway Street<br>West Lake Hills, TX 78746 | 8/11/2017<br>8/25/2017<br>9/8/2017<br>9/22/2017<br>9/28/2017<br>10/6/2017<br>10/6/2017<br>10/20/2017<br>11/3/2017<br>11/17/2017<br>12/1/2017<br>12/11/2017<br>12/12/2017<br>12/15/2017<br>1/3/2018 | $103,773.56 | Net Payroll Expense Reimbursement Severance & Retention Consulting Fees | Former officer |

Form: Official Form 207
Part: 3
Question: 7  Legal Actions or Assignments

| Case Title | Case Number | Nature of Case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| Baldwin v. BorrowersFirst, Inc. | 1:17-cv-06935 | Alleged Violation of Fair Debt Collection Practices Act | U. S. District Court Northern District of Illinois | Resolved |
| Lopez v. BorrowersFirst, Inc. | 2:17-cv-7178 | Alleged Violation of the California Consumer Credit Reporting Agencies Act | U.S. District Court Central District of California | Resolved |
| Mendoza | 16-51771 | Motion for Sanctions | U.S. Bankruptcy Court Northern District of California | Resolved |
| Treinish v. BorrowersFirst, Inc. | CV17880985 | Alleged Violation of the Ohio Consumer Sales Practices Act | Court of Common Pleas Cuyahoga Justice Center Cleveland, OH 44113 | Resolved |

In re BorrowersFirst, Inc.

| Colorado AG Inquiry | N/A | Inquiry re Interest Rates | State of Colorado Attorney General | Pending |
|---|---|---|---|---|
| Jefferson Capital Systems, LLC | D-1-GN-18-003849 | Breach of Contract | District Court Travis County Austin, TX | Pending |

Form: Official Form 207
Part: 6
Question: 11 Certain Payments or Transfers

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total Amount or value | Email or website address | Who made the payment, if not debtor? |
|---|---|---|---|---|---|
| Mackinac Partners 74 W. Long Lake Road, Suite 205, Bloomfield Hills, MI 48304 | | 10/10/2017 12/8/2017 11/17/2017 2/20/2018 6/4/2018 8/4/2018 8/9/2018 | $75,000.00 $175,000.00 $7,782.17 $7,173.53 $1,917.34 $406.76 $2,000.00 | www.mackinacpartners.com | |
| DLA Piper LLP (US) 6225 Smith Avenue Baltimore, MD 21209 | | 7/12/2018 7/24/2018 12/28/2017 6/4/2018 9/13/2017 | $40,000.00 $10,000.00 $13,223.76 $3,716,76 $33,149.53 | www.dlapiper.com | |

Form: Official Form 207
Part: 13
Question: 26 Books, records and financial statements

| Name and address | Dates of service |
|---|---|
| Carolyn Gile 9050 N. Capital of Texas Highway Building 3, Suite 210 Austin, TX  78759 | 7/20/2015 – 12/20/2017 |

In re BorrowersFirst, Inc.


Form: Official Form 207
Part: 13
Question: 26d Books, records and financial statements

|  | Name and address |
|---|---|
| 26d.3 | Willis of Texas<br>15305 North Dallas Parkway Suite 1100<br>Addison, TX  75001 |
| 26d.4 | SF Capital<br>150 E. 52nd Street<br>New York, NY  10022 |
| 26d.5 | First National Bank of Omaha<br>P.O. Box 2580<br>Omaha, NE  68103 |
| 26d.6 | Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara, CA  95054 |
| 26d.7 | Cross River Bank<br>885 Teaneck Road<br>Teaneck, NJ  07666 |
| 26d.8 | Hamby & Hengeli<br>2909 Sherwood Way, Suite 204<br>San Angelo, TX  76901 |
| 26d.9 | Fiserv<br>255 Fiserv Drive<br>Brookfield, WI  53045 |
| 26d.10 | Lumeris<br>13900 Riverport Drive<br>Maryland Heights, Missouri  63043 |

Form: Official Form 207
Part: 13
Question: 29

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael P. Petrella | | Former Officer/Shareholder<br><br>Common Stock | |
| Michael Rapaport | | Former Officer/Shareholder<br><br>Common Stock | |

In re BorrowersFirst, Inc.

| | | | |
|---|---|---|---|
| Scott Rhode | | Former Officer/Shareholder<br><br>Common Stock | |
| Luis Rodriguez | | Former Officer/Shareholder<br><br>Common Stock | |
| David A. Tomlinson | | Former Officer/Former Director/Shareholder<br><br>Common Stock | |